BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERICA ANN DELETTE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02024-CMK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from April 20, 2015 to May 20, 2015,  in which to file her Opposition to Plaintiff's Opening Brief.

    This is Defendant's first request for an extension.  This request is the result of a heavy workload for counsel responsible for briefing.  For example, counsel is responsible for briefing dispositive motions in seven federal district court cases between April 17, 2015 and April 29, 2015, as well as other agency matters.

Stip for EOT, 2:14-cv-02024-CMK          1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: April 20, 2015        By: /s/ Marla K. Letellier
                             MARLA K. LETELLIER
                             Special Assistant United States Attorney
                             Attorneys for Defendant

                             BLACK, CHAPMAN, WEBBER & STEVENS

Dated: April 20, 2015        By: /s/ Mark H. Lipton
                             FREDERICK H. LUNDBLADE
                             Attorney for Plaintiff
                             (as approved by email on April 18, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  April 24, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:14-cv-02024-CMK           2