BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERICA ANN DELETTE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:14-cv-02024-CMK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7 day extension, from May 20, 2015 to May 27, 2015, in which to file her Opposition to Plaintiff's Opening Brief.

    This is Defendant's second request for an extension.  Counsel regretfully makes this request because she is unexpectedly out of the office in order to care for a sick child.

Stip for EOT, 2:14-cv-02024-CMK    1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 20, 2015					By: /s/ *Marla K. Letellier*
						MARLA K. LETELLIER
						Special Assistant United States Attorney
						Attorneys for Defendant

						BLACK, CHAPMAN, WEBBER & STEVENS

Dated: May 20, 2015					By: */s/ Frederich Lundblade*
						FREDERICK H. LUNDBLADE
						Attorney for Plaintiff
						(as approved by email on May 20, 2015)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  May 21, 2015					_____
						CRAIG M. KELLISON
						UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:14-cv-02024-CMK			2