IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA ANN DELETTE, | No. 2:14-CV-2024-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Good cause appearing therefor, the order to show cause issued on March 10, 2016, is discharged. Also for good cause shown, plaintiff's substitution of attorneys, submitted on March 11, 2016, is approved.

IT IS SO ORDERED.

DATED: March 15, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26